Beulah Deegan et al., Respondents, v. Maurice Ahern et al., Defendants, and Slattery Foundation Corp., Appellant.—

Nolan, P. J., Beldock, Ughetta, Pette and Brennan, JJ., concur.

Lawrence Dietz, Jr., Appellant, v. Lucie Marcelle Dietz, Respondent.—

Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

Marie Duffy, as Guardian ad Litem of Ethel Duffy, an Infant, Appellant, v. Luther Banks et al., Respondents. Luther Banks, Plaintiff, v. Star Bus Lines, Inc., et al., Defendants.—

Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

Selina Epstein, Appellant, v. Henry D. W. Cuba, Respondent.—

Ughetta, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.